IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD - 0858-10






TED NEAL BISHOP, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS


WICHITA COUNTY





 Per curiam. Keasler, and Hervey, J.J., dissent.


O R D E R 



 The petition for discretionary review violates Rule of Appellate Procedure 9.3 and
68.4(i) because the original petition is not accompanied by 11 copies and does not contain
a copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Appeals within thirty days after the date of this order.

En banc.

Delivered: August 25, 2010

Do Not Publish.